IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 89 MR WCM

| | |
|---|---|
| JENNIFER HINYUB, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AA RECOVERY SOLUTIONS, INC., | ) |
| Defendant. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Shireen Hormozdi. The Motion indicates that Ms. Hormozdi, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Jennifer Hinyub, and that she seeks the admission of James J. Parr, who the Motion represents as being a member in good standing of the Bar of the State of Illinois. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** James J. Parr to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 13, 2020

W. Carleton Metcalf
United States Magistrate Judge